grant to a private corporation the use of the public right of the streets and highways of the state, is unconstitutional and void; it being not merely a declaration of the powers of the corporation, but an attempt to confer a valuable property right (People v. O'Brien, 111 N. Y., 1, 18 N. E. 692, 2 L. R. A. 255, 7 Am. St. Rep. 684) by private act, without expressing the same in the title of said act.

SPRING, J., not sitting.

EGAN v. P. J. CARLIN CONST. CO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Joseph Egan against the P. J. Carlin Construction Company. No opinion. Motion granted, with $10 costs. Order filed.

EHRLICH v. LEWIS REALTY CO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by William Ehrlich against the Lewis Realty Company. No opinion. Motion denied, with leave to renew as stated in order. Order filed.

EISENHAUER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Nicholas Eisenhauer against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence.

ELECTRICAL ACCESSORIES CO., Respondent, v. MITTENTHAL, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Electrical Accessories Company against Samuel S. Mittenthal. L. Laski, for appellant. J. S. Galland, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM and CLARKE, JJ., dissent.

ELSAESSER, Appellant, v. PFENNIG, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Adam Elsaesser against Frank L. Pfennig.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

EMPIRE LIMESTONE CO., Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by the Empire Limestone Company against the city of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

ENTWISTLE, Appellant, v. DIEHL et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Robert Entwistle against John Diehl and others. M. L. Malevinsky, for appellant. J. J. Mahoney, for respondents.

PER CURIAM. Judgment affirmed, with costs. Order filed.

PATTERSON, P. J., and HOUGHTON, J., dissent.

EPXTEIN v. ZEDIKOW. (Supreme Court. Appellate Division, First Department. October 30, 1908.) Action by Ike Epxtein against Ludwig Zedikow. No opinion. Motion granted, with $10 costs. Order filed.

In re E. R. STRONG CO. (two cases). (Supreme Court, Appellate Division, Second Department. October 22, 1908.) In the matter of the application for a voluntary dissolution of the E. R. Strong Company. No opinion. Appeals dismissed, unless the appellants accept the stipulation of the respondents that the orders be vacated at Special Term, following our decision in Matter of Strong, 112 N. Y. Supp. 557, 558, decided October 16, 1908.

EWELL, Respondent, v. EWELL, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Charlie L. Ewell against James L. Ewell. No opinion. Order affirmed, with $10 costs and disbursements.

In re FALLON. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) In the matter of the application of John J. Fallon for admission to the bar. No opinion. Application granted.

FAMULARO, Respondent, v. OIL WELL SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Bartolo Famularo against the Oil Well Supply Company.

PER CURIAM. Judgment and order (56 Misc. Rep. 75, 105 N. Y. Supp. 1063) affirmed, with costs.

WILLIAMS and KRUSE, JJ., dissent.

FARRELL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Thomas Farrell against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

FARWELL, Respondent, v. SCHLAGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Almyra B. Farwell against Adelbert J. Schlager. No opinion. Order affirmed, with $10 costs and disbursements.

FAULKNER, Appellant, v. FAULKNER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by John H. Faulkner against Nellie M. Faulkner. No opinion. Judgment affirmed, with costs.

FEINSTEIN, Respondent, v. PERLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Bessie Feinstein against Herman W.